COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     John Matt Rembert v. Alnoor Malick and Shelina Malick

Appellate case number:    01-12-01086-CV

Trial court case number:  2009-03407

Trial court:              189th District Court of Harris County

       This case involves an appeal from a final judgment, signed on September 10, 2012. The clerk's record was filed on February 1, 2013. After we granted the court reporter's requests for extensions of time to file the reporter's record, the reporter's record was due to be filed on May 30, 2013. However, on May 29, 2013, DJ Stephanco Auto Services, LLC filed a suggestion of bankruptcy, staying proceedings in this Court. *See* TEX. R. APP. P. 8.2; *see also* 11 U.S.C. § 362(a). On May 7, 2015, we reinstated the appeal and dismissed the appeals of DJ Stephanco Auto Services, LLC, David J. Stephan, Foundation Builders, LLC, and Alnoor and Shelina Malick. John Matt Rembert's appeal remains pending.

       Accordingly, the court reporter is directed to file the reporter's record no later than 30 days from the date of this order. *See* TEX. R. APP. P. 35.3 (b), (c).

       It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                      ☑ Acting individually    ☐ Acting for the Court

Date: May 12, 2015